UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-_____ |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 879(a)(3): Threats Against a Major Candidate for the Office of President] |
| CHRISTOPHER BROOKS, | |
| Defendant. | |

CR 09-01023

The Grand Jury charges:

On or about September 29, 2008, in Ventura County, and elsewhere, within the Central District of California, defendant CHRISTOPHER BROOKS, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon a

//
//
//
//

1 | major candidate for the office of President of the United States,
2 | all in violation of Section 879(a)(3) of Title 18 of the United
3 | States Code.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*Daniel A. Goodman, Asst. U.S. Atty*
*Deputy Chief, Criminal Division, For:*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


EILEEN M. DECKER
Assistant United States Attorney
Chief, National Security Section


SHERILYN PEACE GARNETT
Assistant United States Attorney
National Security Section

2